## General American Life Insurance Company, Appellee, v. North American Manufacturing Company, Appellant.

Gen. No. 42,628.

opinion filed November 4, 1943. Dwork & Epton, for appellant; Christianson & Scarry, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.